UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RILEY,<br><br>       **Plaintiff,**<br><br>-against-<br><br>FOURTH WALL RESTAURANTS, LLC,<br><br>       **Defendant.** | 25-cv-1405 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: July 21, 2025
     New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**